IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JASON CRUZ,**<br><br>                            Plaintiff,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and EDFINANCIAL, LLC,**<br><br>                            Defendants. | Case Number: 1:24-CV-00153 |

# NOTICE OF SETTLEMENT

Plaintiff JASON CRUZ and Defendant EQUIFAX INFORMATION SERVICES, LLC *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated:  April 29, 2024

Respectfully submitted,

By:  /s/ Leonard A. Bennett
Leonard A. Bennett, VSB No. 37523
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email:  lenbennett@clalegal.com
*Counsel for Plaintiff*

/s/ *John W. Montgomery, Jr.*
John Willard Montgomery , Jr.
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
804-861-1122
Fax: 804-733-6022
Email: jmontgomery@tmande.com

*Counsel for Equifax Information Services, LLC*