UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**JASON CRUZ,**

      **Plaintiff,**

v.                  **Civil Action No. 1:24-cv-00153**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC and EDFINANCIAL
SERVICES, LLC,**

      **Defendants.**

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff JASON CRUZ ("Mr. Cruz"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Cruz and TRANS UNION, LLC, *only*. Mr. Cruz and TRANS UNION, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Cruz and TRANS UNION, LLC shall timely file the proper form of dismissal with the Court.

Dated: May 20, 2024                      Respectfully submitted,

                                                     **JASON CRUZ**

                                                     By:    */s/ Tara B. Keller*

Tara B. Keller, VSB No. 91986
CONSUMER LITIGATION ASSOCIATES, P.C.
6 E. Eager Street
Baltimore, MD 21202
443-955-6652
Fax: 757-960-3662
Email: tara@clalegal.com

Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)
(757) 930-3662 (facsimile)

1

Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 20, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/Tara B. Keller*
Tara B. Keller, VSB No. 91986
CONSUMER LITIGATION ASSOCIATES, P.C.
6 E. Eager Street
Baltimore, MD 21202
443-955-6652
Fax: 757-960-3662
Email: tara@clalegal.com
*Counsel for Plaintiff*

2