UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JASON CRUZ,

    *Plaintiff,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EDFINANCIAL SERVICES, LLC,

    *Defendants.*

1:24-cv-00153-MSN-LRV

## ORDER

This matter comes before the Court on parties' Joint Stipulation of Dismissal (ECF 41) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this action, only as it pertains to the claims against Defendant, Equifax Information Services, LLC and Defendant, Trans Union, LLC, are **DISMISSED WITH PREJUDICE**

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

June 24, 2024
Alexandria, Virginia