IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JASON CRUZ,**<br><br>                               Plaintiff,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and EDFINANCIAL SERVICES, LLC,**<br><br>                               Defendants. | Case Number: 1:24-CV-00153-MSN-LRV |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, JASON CRUZ ("Plaintiff") and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian, in the above styled action, with Plaintiff and Experian to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of July, 2024.

DATED:  July 1, 2024                    By: */s/ Leonard A. Bennett*
                                                              Leonard A. Bennett, VSB No. 37523
                                                              CONSUMER LITIGATION ASSOCIATES, P.C.
                                                              763 J. Clyde Morris Blvd., Suite 1A
                                                              Newport News, VA  23601
                                                              Telephone:  (757) 930-3660
                                                              Facsimile:  (757) 930-3662
                                                              Email:  lenbennett@clalegal.com
                                                              Counsel for Plaintiff

- 2 -

By: /s/ David Neal Anthony
David Neal Anthony
Troutman Pepper Hamilton Sanders LLP (Richmond)
Troutman Sanders Bldg.
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutman.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Leonard A. Bennett
Leonard A. Bennett

*Counsel for Plaintiff*