UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JASON CRUZ,

        *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EDFINANCIAL SERVICES, LLC,

        *Defendants*.

1:24-cv-00153-MSN-LRV

## ORDER

This matter comes before the Court on parties' Joint Stipulation of Dismissal (ECF 43) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this action, only as it pertains to the claims against Defendant, Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE**

It is **SO ORDERED**.

/s/ Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

July 1, 2024
Alexandria, Virginia