**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

JASON CRUZ,

        Plaintiff,

v.                                                  CIVIL ACTION NO. 1:2024-cv-00153

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.,*

        Defendant(s).

## <u>RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jason

Cruz and Defendant EdFinancial Services, LLC, hereby stipulate to dismissal without prejudice

of Plaintiff's individual claims against EdFinancial Services, LLC, without an award of fees or

costs to any party.

Dated: July 12, 2024                    RESPECTFULLY SUBMITTED:

                                       **PLAINTIFF JASON CRUZ**,

                                       */s/Tara Keller*_____
                                       Tara Keller, Esq. Bar No. 91986
                                       CONSUMER LITIGATION ASSOCIATES, P.C.
                                       6 East Eager St.
                                       Baltimore, Maryland 21202
                                       Tel.  443-955-6652
                                       Fax  757-930-3662
                                       E-mail: tara@clalegal.com

                                       *Attorney for Plaintiff*

__/s/_ *Allison Wiseman Acker*_____
Respectfully submitted,
Allison Wiseman Acker, VSB # 87266
David R. Esquivel (*PHV*)
Alfonso Cuen (*PHV*)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
allison.acker@bassberry.com
desquivel@bassberry.com
alfonso.cuen@bassberry.com

*Counsel for Defendant Edfinancial Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, the foregoing document was filed via the CM/ECF

system, which will send out a notification of filing thereof to all counsel of record in this matter.

*/s/Tara Keller*
Tara Keller, Esq. Bar No. 91986
CONSUMER LITIGATION ASSOCIATES, P.C.
6 East Eager St.
Baltimore, Maryland 21202
Tel.  443-955-6652
Fax  757-930-3662
E-mail: tara@clalegal.com