UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JASON CRUZ,<br><br>          *Plaintiff*,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EDFINANCIAL SERVICES, LLC,<br><br>          *Defendants*. | 1:24-cv-00153-MSN-LRV |

## ORDER

This matter comes before the Court on parties' Joint Stipulation of Dismissal (ECF 45) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this action, only as it pertains to the claims against Defendant, EdFinancial Services, LLC, are **DISMISSED WITHOUT PREJUDICE**

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

July 22, 2024
Alexandria, Virginia